IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: 3:16-CR-022-M (01) |
| | ) | |
| DONNY JOE COPELAND, | ) | |
|     Defendant. | ) | |

**ORDER RESETTING SENTENCING DATE OF DEFENDANT**

    With agreement by the parties, Defendant Donny Joe Copeland's sentencing hearing is **RESET** for **Wednesday, September 28, 2016, at 9:00 a.m.**

    Any motions for downward departure must now be electronically filed **on or before September 20, 2016**. Sentencing memoranda and character letters shall now be received by the Court **on or before September 20, 2016**; however, they should not be electronically filed, but emailed directly to the Court Coordinator, Lori Anne Greco, at lori_greco@txnd.uscourts.gov, or mailed or hand delivered. No courtesy copies are required.

    Questions relating to this Order are to be directed to Ms. Lori Anne Greco, Courtroom Deputy (214/753-2421).

    SO ORDERED.

    DATED: September 15, 2016.

_____
BARBARA M. G. LYNN
CHIEF JUDGE