IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | NO.  3:16-CR-022-M |
| DONNY JOE COPELAND | |

## FINAL ORDER OF FORFEITURE

Before the Court is the Government's unopposed Motion for a Final Order of Forfeiture. Pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(b), the Court previously entered a preliminary order of forfeiture forfeiting a Star, Model S, .380 handgun, bearing serial number 581264; and any ammunition recovered with the weapon ("the property") from the Defendant.

Notice of forfeiture of the property has been properly published, and the time for filing petitions under 21 U.S.C. § 853(n)(2) has expired.  No claims or petitions to the property have been filed with or received by the Court.

Further, the Court finds that the Defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Court has entered a written judgment of conviction against the Defendant that included the forfeiture order.  The Defendant has not appealed the judgment.

It is THEREFORE ORDERED and ADJUDGED that all right, title, and interest to the property is hereby condemned and forfeited to and vested in the government, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or their respective agents or assignees, shall dispose of the property according to law.

**SO ORDERED.**

December 6, 2016.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**

**Final Order of Forfeiture – Page 2**